BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MC-00036-MCE-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $84,359.00 IN U.S. CURRENCY, | |
| 2013 CHEVROLET CAMARO SS, LICENSE NUMBER 7GXH521, VIN: 2G1FK3DJ7D9224539, | |
| 2009 HARLEY DAVIDSON, LICENSE NUMBER 21P6911, VIN: 1HD1GY4319K311293, | |
| 2007 CHEVROLET AVALANCHE CREW CAB 1500, LICENSE NUMBER 10031T1, VIN: 3GNEC12017G225993, AND | |
| 2004 CADILLAC XLR, LICENSE NUMBER 7GXH653, VIN: 1G6YV34A345601665, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant David Allen Smith ("claimant"), by and through their respective counsel, as follows:

1.      On or about February 17, 2015, the Citrus Heights Police Department seized the above-

1

referenced defendant properties[1] as part of a joint investigation with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2.      Under 18 U.S.C. §§ 983(a)(1)(A)(iv) and 983 (a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant properties, and/or obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days of seizure by the State or local law enforcement agency, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 18, 2015.

3.      By Stipulation and Order filed April 29, 2015, the parties stipulated to extend to July 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 15, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///

---

[1] The United States recently learned that a total of $83,221.35 was seized from David Smith, rather than the $84,359.00 identified in the caption.  In addition, the United States has decided not to file against the 2013 Chevrolet Camaro SS, 2009 Harley Davidson, and 2004 Cadillac XLR identified in the caption.

2

Stipulation and Order to Extend Time

1  required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment

2  alleging that the defendant properties are subject to forfeiture shall be extended to October 15, 2015.

3  Dated: 7/16/15                               BENJAMIN B. WAGNER
                                                 United States Attorney
4
                                      By:    /s/ Kevin C. Khasigian
5                                            KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney
6

7  Dated: 7/16/15                             /s/ Linda Parisi
                                              LINDA PARISI
8                                             Attorney for potential claimant
                                              David Allen Smith
9                                             (Authorized by phone)

10

11                                **ORDER**

12      IT IS SO ORDERED.

13  Dated:  July 28, 2015

14

15  _____
        MORRISON C. ENGLAND, JR., CHIEF JUDGE
16      UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28