| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $84,359.00 IN U.S. CURRENCY,<br><br>2013 CHEVROLET CAMARO SS, LICENSE NUMBER 7GXH521, VIN: 2G1FK3DJ7D9224539,<br><br>2009 HARLEY DAVIDSON, LICENSE NUMBER 21P6911, VIN: 1HD1GY4319K311293,<br><br>2007 CHEVROLET AVALANCHE CREW CAB 1500, LICENSE NUMBER 10031T1, VIN: 3GNEC12017G225993, AND<br><br>2004 CADILLAC XLR, LICENSE NUMBER 7GXH653, VIN: 1G6YV34A345601665,<br><br>        Defendants. | 2:15-MC-00036-MCE-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

      It is hereby stipulated by and between the United States of America and potential claimant David Allen Smith ("claimant"), by and through their respective counsel, as follows:

      1.     On or about February 17, 2015, the Citrus Heights Police Department seized the above-

1

Stipulation and Order to Extend Time

referenced defendant properties[1] as part of a joint investigation with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(iv) and 983 (a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant properties, and/or obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days of seizure by the State or local law enforcement agency, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 18, 2015.

3. By Stipulation and Order filed April 29, 2015, the parties stipulated to extend to July 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

4. By Stipulation and Order filed July 29, 2015, the parties stipulated to extend to October 15, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5. By Stipulation and Order filed October 21, 2015, the parties stipulated to extend to December 14, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

6. By Stipulation and Order filed December 23, 2015, the parties stipulated to extend to March 14, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

7. By Stipulation and Order filed March 16, 2016, the parties stipulated to extend to June 13, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to

---

[1] The United States learned that a total of $83,221.35 was seized from David Smith, rather than the $84,359.00 identified in the caption. In addition, the United States decided not to file against the 2013 Chevrolet Camaro SS, 2009 Harley Davidson, and 2004 Cadillac XLR identified in the caption.

forfeiture.

8. By Stipulation and Order filed June 14, 2016, the parties stipulated to extend to September 12, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

9. By Stipulation and Order filed September 14, 2016, the parties stipulated to extend to November 14, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

10. By Stipulation and Order filed November 14, 2016, the parties stipulated to extend to February 13, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

11. By Stipulation and Order filed February 7, 2017, the parties stipulated to extend to April 14, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

12. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 13, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

///
///
///
///
///
///
///

13. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to July 13, 2017.

Dated: 4/13/17

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/14/17

/s/ Linda Parisi
LINDA PARISI
Attorney for potential claimant
David Allen Smith
(Authorized by phone)

**IT IS SO ORDERED**.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE